## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re: ) CASE NO: 10-50188-659  Chapter 13
     DIANA SHERL GIER ）
                     ) Trustee's Objection to Confirmation
                     ）
                     ) Original confirmation hearing
          Debtor(s) ) set for Oct 28, 2010 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and for his objection to confirmation states as follows:

1. Debtor proposes to make payments other than home mortgage or mobile home payments outside the plan. 11 U.S.C. Secs. 1322 & 1325
2. Paragraph 5C lacks the interest rate required in all cases.
3. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
4. The plan fails to pay the full attorney fee owed per the 2016(b) form.
5. Attorney Fee Election form has not been filed.
6. Debtor lacks sufficient income to fund the plan.
7. The set monthly payments to be made by the Trustee exceed the plan payment.
8. Per schedules I and J, monthly expenses exceed monthly income such that debtor is not able to make plan payments.  11 U.S.C. Section 1325(a)(6).  If debtor does make plan payments, schedules I and J must be significantly incorrect and should be amended.
9. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   A.PLAN FAILS TO ADDRESS POST PETITION MORTGAGE PAYMENTS IN 3D AND CONTAINS INSUFFICIENT FUNDS TO PAY THIS DEBT IN FULL.
   B. 5B AND 5C LACK INTEREST RATE 96.31%).
10. A.RE #1 BUDGET INCLUDES AUTO INSTALLMENT.
   B.SCHEDULE C APPLIES HOMESTEAD EXEMPTION TO NONRESIDENCE.

    **WHEREFORE** the Trustee prays the Court  enter  its  order  denying confirmation of the proposed plan.


KLW-351

Copy served on the following either
through the Court's ECF system or by
ordinary mail on October 28, 2010  :

RIBAUDO LAW FIRM
1407 LAKESHORE DR
ST CHARLES MO  63303


DIANA SHERL GIER
7 RACINE COURT
LAKE SAINT LOUIS MO  63367

/s/ John V. LaBarge, Jr.
--------------------------------
John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143   (314) 781-8100
trust33@ch13st1.com   Fax:(314) 781-8881